IN THE UNITED STATES DISTRICT COURT
FORTH E SOUTHERNDISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESLEY JONES, *et. al,* | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.: 4:14-cv-02728 |
| | § | |
| CITY OF HOUSTON, *et. al*, | § | |
|     Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants and hereby advises the Court of the following:

(1) On or about November 13, 2017, Plaintiffs sent a written offer of settlement to the attorneys of record for the Defendants in the above entitled and numbered cause.

(2) On or about November 15, 2017, the parties reached a settlement in the above entitled and numbered cause. The relevant documents for said settlement will be exchanged by the parties and a motion to dismiss will be filed with the Court accordingly.

(3) As a result of said settlement, Defendants will not be filing a responsive brief regarding the damage question as ordered by the Court on or about November 8, 2017. [Doc. 87]

    Respectfully,

    Ronald C. Lewis
    City Attorney

    DONALD J. FLEMING
    Section Chief
    Labor, Employment & Civil Rights Section

    By: /s/ *Camela J. Sandmann*
        CAMELA J. SANDMANN
        Senior Assistant City Attorney
        ATTORNEY IN CHARGE
        State Bar No.:  24077378
        Fed. Bar No.:  2868369
        Camela.Sandmann@houstontx.gov
        Phone:  832-393-6472

JENNIFER F. CALLAN
Senior Assistant City Attorney
State Bar No.: 00793715
Fed. Bar No.: 22721
Jennifer.Callan@houstontx.gov
Phone: 832-393-6286

Office of the City Attorney
P.O. BOX 368
Houston, TX  77001-0368
Fax: 832-393-6259

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, a copy of the foregoing Notice of Settlement was electronically filed with the Clerk of the court using the CM/ECF system, which will send notification to the following attorney(s) of record:

Mark A. Morasch
550 Westcott Street, Suite 449
Houston, TX  77007
mark@moraschlaw.com


David J. Batton
P.O. Box 1057
Norman, OK  73070-1057
dave@dbattonlaw.com
battonlaw@coxinet.net

/s/ Camela J. Sandmann
CAMELA J. SANDMANN